# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

JANICE CANNON,

      Plaintiff,

                              CASE NO.: 4:17-CV-00204-CDL

-vs-

WELLS FARGO BANK, N.A.

      Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Janice Cannon, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically furnished to Courtney C. Wenrick 19100 Von Karman Ave Suite 700 Irvine CA 92612  ccw@severson.com on this 16th day of August, 2018.

                    */s/ Octavio Gomez*
                    Octavio Gomez, Esquire
                    Georgia Bar No.: 617963
                    Morgan & Morgan, Tampa, P.A.
                    One Tampa City Center
                    201 N Franklin Street, 7th Floor
                    Tampa, Florida 33602
                    Telephone: (813) 223-5505
                    Facsimile: (813) 559-4845
                    TGomez@ForThePeople.com
                    Secondary: RKnowles@ForThePeople.com
                    *Attorney for Claimant*