**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

JANICE CANNON,

        Plaintiff,                   CASE NO.:  4:17-CV-00204-CDL

-vs-

WELLS FARGO BANK, N.A.

        Defendant.
_____/

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

      **COMES NOW** the Plaintiff, Janice Cannon, and the Defendant, Wells Fargo Bank, N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 11th day of September, 2018.


*/s/ Octavio Gomez*                          */s/ Stephen W. Riddell*

Octavio Gomez, Esquire               Stephen W. Riddell
Florida Bar No.: 0338620             Troutman Sanders, LLP.
Morgan & Morgan, Tampa, P.A.         Bank of AMeica Plaza
One Tampa City Center                600 Peachtree Streeb NE, Suite 5200
201 N Franklin Street, 7th Floor     Atlanta, GA 30308
Tampa, Florida 33602                 Telephone: (404) 885-3408
Telephone: (813) 223-5505            Primary Email: Stephen.
Facsimile: (813) 559-4845            riddell@troutman.com
Primary Email:                       *Attorney for Defendant*
TGomez@ForThePeople.com
Secondary Email:
RKnowles@ForThePeople.com
*Attorney for Plaintiff*